UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THUAN KHUC, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>PENINSULAR INVESTMENTS, INC., et al.,<br><br>    Defendants. | Case No.  15-cv-02898-BLF<br><br>**ORDER CONTINUING DEADLINES IN LIGHT OF ONGOING SETTLEMENT TALKS** |

Plaintiffs filed notice that the parties have agreed to continue their settlement talks during a mediation session scheduled for October 15, 2015. Plaintiffs request that the Case Management Conference, and all corresponding deadlines, currently set for November 5, 2015 be continued for thirty days and that Plaintiffs be granted an additional thirty days by which to serve Defendants.

Accordingly, the Court GRANTS Plaintiffs' requests and continues the Case Management Conference and all corresponding deadlines thirty days and gives Plaintiff an additional thirty days by which to serve Defendants. The Case Management Conference shall be set for December 17, 2015 at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: October 5, 2015

_____
BETH LABSON FREEMAN
United States District Judge