United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| THUAN KHUC, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>PENINSULAR INVESTMENTS, INC., et al.,<br><br>    Defendants. | Case No.  15-cv-02898-BLF<br><br>**ORDER TO SHOW CAUSE IN RE SANCTIONS** |

TO DEFENDANT'S ATTORNEY OF RECORD CHARLES SMITH:

YOU ARE HEREBY ORDERED TO SHOW CAUSE in writing, on or before, March 17, 2016, why sanctions in the amount of $250 should not be imposed on counsel for failure to appear at the March 3, 2016 Case Management Conference.  Defendant's counsel is HEREBY ORDERED TO APPEAR at a SHOW CAUSE HEARING on March 24, 2016 at 11:00 a.m. in Courtroom 3, 5th Floor, 280 South 1st Street, San Jose, CA 95113 .  The Court RESETS the case management conference scheduled for March 3, 2016 to March 24, 2016 at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: March 3, 2016

_____
BETH LABSON FREEMAN
United States District Judge