# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| THUAN KHUC, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>PENINSULAR INVESTMENTS, INC., et al.,<br><br>　　　　Defendants. | Case No. 15-cv-02898-BLF<br><br>**ORDER DISSOLVING ORDER TO SHOW CAUSE**<br><br>[Re: ECF 41] |

On March 3, 2016, the Court issued an Order to Show Cause why Defendants' counsel should not be sanctioned for failure to appear at a scheduled Case Management Conference. Defendant's counsel filed a response on March 17, 2016, explaining that the failure to appear was due to a miscommunication between Defendants' counsel. Based upon that explanation, the Order to Show Cause is hereby DISSOLVED. The parties are reminded that a Case Management Conference has been set in this case for March 24, 2016 at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: March 17, 2016

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　United States District Judge