UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| THUAN KHUC, et al., | Case No. 5:15-cv-02898-BLF |
|---|---|
| Plaintiffs, | **CASE MANAGEMENT ORDER** |
| v. | |
| PENINSULAR INVESTMENTS, INC., et al., | |
| Defendants. | |

On March 24, 2016, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Case Management Conference Statement | 06/02/2016 |
| Further Case Management Conference | 06/09/2016 |
| Last Day to Disclose Experts | n/a |
| Fact Discovery Cut-Off | n/a |
| Expert Discovery Cut-Off | n/a |
| Last Day to Hear Dispositive Motions | 02/01/2018 at 9:00 am |
| Final Pretrial Conference | 04/12/2018 at 1:30 pm |
| Trial | 04/30/2018 at 9:00 am |

1       IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2  are referred to the assigned Magistrate Judge.
3       IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4  orders, which are available on the Court's website and in the Clerk's Office.
5       IT IS FURTHER ORDERED THAT the parties are to meet, confer, and file a stipulated
6  proposed schedule regarding dates and deadlines to trial by 04/25/2016.

8  Dated: March 24, 2016

   _____
   BETH LABSON FREEMAN
   United States District Judge