BUSINESS, ENERGY, AND ELECTION LAW, PC
Gautam Dutta (SBN 199326)
5655 Silver Creek Valley Rd # 900
San Jose, CA 95138
Telephone: 415.236.2048
Email: Dutta@BusinessandElectionLaw.com
Fax: 213.405.2416

Attorneys for Plaintiffs
THUAN KHUC and DR BURRITO INC.

HARTNETT, SMITH & PAETKAU
Charles J. Smith (SBN 72700)
Tyler M. Paetkau (SBN 146305)
Olga Savage (SBN 252009)
777 Marshall Street
Redwood City, CA  94063
TEL:   650 568 2820
FAX:   650 568 2823
tpaetkau@hslawoffice.com

Attorneys for Defendants
PENINSULAR INVESTMENTS, INC., LOTUS HOSPITALITY, INC., GANENDRA SINGH, and SARMISTHA PATNAIK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THUAN KHUC, an individual d/b/a iBagels Bakery & Café, and DR BURRITO INC., a California corporation,<br><br>*Plaintiffs*,<br><br>vs.<br><br>PENINSULAR INVESTMENTS, INC., a California corporation, LOTUS HOSPITALITY, INC., a California corporation, GANENDRA SINGH, an individual, SARMISTHA PATNAIK, an individual, and DOES 1 through 5;<br><br>*Defendants*. | CASE NO. 5:15-CV-02898-BLF<br><br>**JOINT STIPULATION PROPOSING CERTAIN PRETRIAL DEADLINES**<br><br>JUDGE:  Hon. Beth Labson Freeman |

Pursuant to the Court's Mr. 24, 2016 Order [ECF 51], the Parties met and conferred, and hereby stipulate to the following deadlines:

| Event | Deadline |
|---|---|
| Last Day to Disclose Experts | Nov. 30, 2017 |
| Fact Discovery Cutoff | Nov. 7, 2017 |
| Expert Discovery Cutoff | Jan. 30, 2018 |

**FOR PLAINTIFFS**

Dated:   Apr. 25, 2016            By:   /s/ _____

                                                    Gautam Dutta

**FOR DEFENDANTS**

Dated:  Apr. 25, 2016            By:   /s/ _____

                                                    Tyler Paetkau