# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| THUAN KHUC, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>PENINSULAR INVESTMENTS, INC., et al.,<br><br>    Defendants. | Case No. 15-cv-02898-BLF<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO SEPTEMBER 15, 2016** |

    The Court CONTINUES the parties' June 9, 2016 case management conference to September 15, 2016. If there are any disputes over discovery, they shall be brought before the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: June 3, 2016

_____
BETH LABSON FREEMAN
United States District Judge