# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| THUAN KHUC, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>PENINSULAR INVESTMENTS, INC., et al.,<br><br>        Defendants. | Case No.  15-cv-02898-BLF<br><br>**ORDER STRIKING NOTICE OF NEW EVIDENCE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>[Re:  ECF 74] |

On July 14, 2016, Plaintiffs filed a "notice of new evidence in opposition to Defendants' motion to dismiss."  ECF 74.  Briefing closed on Defendants' motion to dismiss with the filing of Defendants' reply brief on May 24, 2016.  The civil local rules do not contain any provision for the filing of a "notice of new evidence."  Accordingly, the Court STRIKES Plaintiffs' filing and reminds the parties that all filings must comply with this Court's standing orders, the local rules, and the federal rules.

**IT IS SO ORDERED.**

Dated: July 18, 2016

_____
BETH LABSON FREEMAN
United States District Judge